```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MAMADOU MACKA SOW,                                                :
                                                                  :
                            Petitioner,                           :
                                                                  :      26-CV-867 (JMF)
            -v-                                                   :
                                                                  :           ORDER
KRISTI NOEM et al,                                                :
                                                                  :
                            Respondents.                          :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On February 2, 2026, Petitioner Mamadou Macka Sow, proceeding without counsel, filed a petition for the writ of habeas corpus under 28 U.S.C. § 2241 and an accompanying TRO request. *See* ECF Nos. 1 ("Pet."), 2 ("TRO App."). That same day, the Court ordered Petitioner to pay the applicable filing fee or request authorization to proceed *in forma pauperis* ("IFP") within one week of the date of the Court's order — i.e., **no later than February 9, 2026**. *See* ECF No. 7, at 1. Additionally, on February 4, 2026, this Court ordered Petitioner to "show cause in writing, **no later than February 18, 2026**, why this case should not be dismissed for lack of subject-matter jurisdiction." ECF No. 9, at 3. Both Orders warned Petitioner that a failure to timely respond to the Court's directives may result in dismissal of his petition "without further notice." ECF No. 7, at 1; ECF No. 9, at 3.

To date, Petitioner has not complied with either Order. As a courtesy, and in light of the Government's most recent letter, *see* ECF No. 11 ("Gov't Ltr."), Petitioner's deadlines to (1) pay the applicable fee or submit a completed and signed IFP application, and (2) show cause why this action should not be dismissed for want of subject-matter jurisdiction are hereby

EXTENDED, *nunc pro tunc*, to **March 10, 2026**.  Failure to abide by these deadlines — or otherwise indicate that Plaintiff intends to pursue this case — may result in the case being dismissed for failure to prosecute, as abandoned, and/or for failure to pay the filing fee.

Separately, in light of Petitioner's credible fear interview scheduled for February 26, 2026, *see* Gov't Ltr. 1, Respondents are ordered to file a status letter **no later than February 27, 2026, at 10:00 a.m.** indicating (1) whether that interview took place, (2) whether Petitioner has been detained, and (3) the date of his next scheduled appearance with immigration authorities.

The Clerk of Court is directed to mail a copy of this Order to Petitioner.

SO ORDERED.

Dated: February 24, 2026  
New York, New York

                                          JESSE M. FURMAN  
                                        United States District Judge