**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 27, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The Government is hereby ORDERED to inform the Court of any material developments in this case, including, but not limited to, any change to Petitioner's release/detention status.

SO ORDERED.

March 2, 2026

Re: *Sow v. Noem*, No. 26-cv-867 (JMF)

Dear Judge Furman:

This Office represents the government in the above-referenced action. On February 24, 2026, the Court issued an order, which, in part, directed the government to file a letter by 10:00 a.m. today, "indicating (1) whether [Petitioner's credible fear] interview took place, (2) whether Petitioner has been detained, and (3) the date of his next scheduled appearance with immigration authorities." ECF No. 12. I write respectfully to provide that response.

First, I sincerely apologize to the Court for not filing this letter before 10:00 a.m. this morning, and instead, that this letter is being filed at approximately 5:00 p.m. I neglected to note the 10:00 a.m. deadline for this letter when calendaring the deadline, and with the press of business, I have been occupied throughout the day assisting and supervising other matters with deadlines today. I will endeavor to take more careful note of specific time deadlines going forward.

Second, I have obtained the following information responsive to the Court's questions: (1) Petitioner's credible fear interview did not occur as scheduled on February 26, as there was no Fulani interpreter available. (2) Petitioner has not been detained. (3) Petitioner's credible fear interview has been rescheduled for March 17, 2026. This Office is unaware of any other scheduled appearance with immigration authorities.

I thank the Court for its consideration of this letter, and I again apologize for not filing the letter before the 10:00 a.m. deadline set by the Court in its February 24 order.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ Brandon M. Waterman
BRANDON M. WATERMAN
Assistant United States Attorney
(212) 637-2743

cc: Petitioner (by mail)