UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                   :

MAMADOU MACKA SOW,                   :
                                   :

                 Petitioner,    :

                                   :         26-CV-867 (JMF)

     -v-                   :

                                   :          ORDER

KRISTI NOEM et al,              :

                                   :

                 Respondents.   :

                                   :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's March 2, 2026 Order, ECF No. 14, Respondents are required to inform the Court of any material developments in this case.  Consistent with that Order, and in light of the fact that Petitioner's credible fear interview was scheduled for March 17, 2026, *see* ECF No. 13, Respondents are ordered to file a status letter no later than March 24, 2026, indicating (1) whether that interview took place, (2) whether Petitioner has been detained, and (3) the date of his next scheduled appearance with immigration authorities.

      The Clerk of Court is directed to mail a copy of this Order to Petitioner.

      SO ORDERED.

Dated: March 20, 2026
      New York, New York                _____
                                   JESSE M. FURMAN
                                 United States District Judge