**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 1, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Sow v. Noem*, No. 26-cv-867 (JMF)

Dear Judge Furman:

This Office represents the government in the above-referenced action. I write respectfully to provide a supplemental update, further to the status letter I filed earlier today. I have now been informed that Petitioner's credible fear interview has been rescheduled to occur on April 22, 2026, at 26 Federal Plaza.

I thank the Court for its consideration of this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ *Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel. (212) 637-2743

The Government shall advise the Court of any material developments in this case, including but not limited to any change in Petitioner's detention status, and, in any event, shall file a letter updating the Court and proposing next steps by the earlier of April 23, 2026, or one day after Petitioner's credible fear interview is conducted. The Clerk of Court is directed to mail a copy of this endorsed letter to Petitioner. SO ORDERED.

April 1, 2026

cc: Petitioner (by mail)