**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 23, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Sow v. Noem*, No. 26-cv-867 (JMF)

Dear Judge Furman:

This Office represents the government in the above-referenced action. I write respectfully pursuant to the Court's order of April 1 to provide a status update. ECF No. 22. First, there has been no change in Petitioner's detention status; he has not been detained by ICE and remains at liberty. Second, Petitioner appeared for a credible fear interview with a USCIS asylum officer yesterday, April 22, 2026, but due to additional language and translations issues, that interview was not completed. As of this afternoon, I have been told that USCIS is still working to reschedule the interview with an appropriate interpreter. I will provide the Court with a further update once I receive information about the rescheduled appointment.

I thank the Court for its consideration of this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ *Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel. (212) 637-2743

The Government is reminded that, per the Court's prior Order, it was required to file a letter not only updating the Court but also proposing next steps. ECF No. 22. In light of its most recent update, however, the Government shall file a letter **by the earlier of May 1, 2026, or one day after it receives confirmation that Petitioner's credible fear interview has been rescheduled,** updating the Court and proposing next steps.

The Clerk of Court is directed to mail a copy of this endorsed letter to Petitioner.

SO ORDERED.

April 24, 2026

cc: Petitioner (by mail)