

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

April 30, 2026

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Sow v. Noem*, No. 26-cv-867 (JMF)

Dear Judge Furman:

This Office represents the government in the above-referenced action.  I write respectfully pursuant to the Court's order of April 24 to (i) inform the Court that USCIS has notified this Office that Petitioner has been rescheduled for a credible fear interview to occur at 26 Federal Plaza on May 15, 2026, and (ii) propose next steps in this case.  ECF No. 24.[1]

The government respectfully submits that the Court could either dismiss this action for the reasons set forth in the government's letter of February 23, 2026 (ECF No. 11), or otherwise order Petitioner to show cause why the petition should not be dismissed now.  Petitioner commenced this habeas corpus action on February 2, 2026, to challenge his "anticipated civil immigration detention."  Pet. at 1.  But nearly three months have passed, and Petitioner has not been detained. Nevertheless, the government recognizes that Petitioner's fear of imminent detention appears to be tied to the completion of his credible fear interview, ECF No. 16 at 4, and so the government would not oppose the Court holding the matter for a status update following the May 15 interview.

I thank the Court for its consideration of this letter, and again apologize for not filing sooner.

Respectfully submitted,

Respondents shall file a status letter consistent with the Court's prior Orders, *e.g.*, ECF Nos. 14, 17, no later than **May 16, 2026 at 1:00 p.m.**  The Clerk of Court is directed to mail a copy of this endorsement to Petitioner.

JAY CLAYTON
United States Attorney for the
Southern District of New York

SO ORDERED.

May 1, 2026

cc:  Petitioner (by mail)

By: /s/ *Brandon M. Waterman*
    BRANDON M. WATERMAN
    Assistant United States Attorney
    Tel. (212) 637-2743

---

[1] I apologize to the Court for not addressing these matters sooner. USCIS notified me of the rescheduled interview on Monday evening, and with the press of business, I neglected to file the letter the following day, as the Court had directed.