**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 18, 2026

Application GRANTED. The Government shall file a letter updating the Court **within one business day** of receiving information about the rescheduled interview and/or any other material developments in this case, including but not limited to any change in Petitioner's detention status. The Clerk of Court is directed to mail a copy of this endorsed letter to Petitioner.

SO ORDERED.

May 18, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Sow v. Noem*, No. 26-cv-867 (JMF)

Dear Judge Furman:

This Office represents the government in the above-referenced action. I write respectfully pursuant to the Court's May 1 order. ECF No. 26.[1] First, there has been no change in Petitioner's detention status; he has not been detained by ICE and remains at liberty. Second, Petitioner appeared for a credible fear interview with a USCIS asylum officer on Friday, May 15, 2026, but because the interpreter was not available, that interview was again not completed. I have been told that USCIS will be rescheduling the interview, but as of this filing, I have not received additional information regarding a new date for the interview. I will provide the Court with a further update once I receive information about the rescheduled appointment. As for next steps, I respectfully propose that the government provide an update within one business day of receiving information about the rescheduled interview, and to also submit an update within one business day of any other material developments.

I thank the Court for its consideration of this letter, and I apologize for not filing this letter on May 16 as directed by the Court.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ *Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
Tel. (212) 637-2743

cc: Petitioner (by mail)

[1] The Court's order directed the government to file a status letter by 1:00 p.m. on Saturday, May 16. I apologize for not submitting this letter by that date, as I calendared the letter to be due the next business day, May 18, but realize now that this letter should have been filed on Saturday.