**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 12, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Sow v. Noem*, No. 26-cv-867 (JMF)

Dear Judge Furman:

This Office represents the government in the above-referenced action. I write respectfully pursuant to the Court's order of May 20. ECF No. 30. First, there has been no change in Petitioner's detention status; he has not been detained by ICE and remains at liberty. Second, Petitioner had been scheduled for a credible fear interview to occur today, but USCIS has informed me that Petitioner's counsel requested a reschedule today, and so it did not go forward. USCIS will be rescheduling the interview, but as of this filing, I have not received additional information regarding a new date for the interview. I will provide the Court with a further update once I receive information about the rescheduled appointment. As for next steps, I respectfully propose that the government provide an update within one business day of receiving information about the rescheduled interview, and to also submit an update within one business day of any other material developments.

I thank the Court for its consideration of this letter.

Respectfully submitted,

Application GRANTED.

SO ORDERED.

June 15, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ *Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
Tel. (212) 637-2743

cc: Petitioner (by mail)