**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 17, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Sow v. Noem*, No. 26-cv-867 (JMF)

Dear Judge Furman:

This Office represents the government in the above-referenced action. I write respectfully pursuant to the Court's order of June 15. ECF No. 32. This afternoon, USCIS informed this Office that Petitioner has been rescheduled for a credible fear interview to occur on July 10, 2026. There are no other changes to note at this time, and Petitioner remains at liberty. If acceptable to the Court, I will provide the Court with an update on the July 10 credible fear interview within one business day of its occurrence (i.e., by July 13), but I will endeavor to provide an earlier update if I can obtain the information before then. I will also provide the Court with an update within one business day of learning of any other material developments in this case, including but not limited to any change in Petitioner's detention status.

I thank the Court for its consideration of this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ *Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
Tel. (212) 637-2743

cc: Petitioner (by mail)

Application GRANTED. The Government shall file a status letter consistent with the Court's prior Orders, *e.g.*, ECF Nos. 14, 17, 26, **no later than July 13, 2026, at 1:00 p.m.** Additionally, the Government shall provide the Court with an update within one business day of learning of any other material developments in this case as described herein.

The Clerk of Court is directed to mail a copy of this endorsed letter to Petitioner.

SO ORDERED.

June 18, 2026